**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2226**

———————

TIMOTHY E. FINLEY,

Plaintiff - Appellant,

versus

EDWARD C. BABIN, in his individual capacity;
KARRY GUILLORY, in his individual capacity;
JANE STEPHENS, in her individual capacity;
JOHN C. STOCKWELL, in his individual capacity;
RUSSELL H. PUTNAM, JR., in his individual
capacity; JAMES B. GRIFFIS, in his individual
capacity; JAMES E. BARNES, in his individual
capacity; JOHN M. PALMS, in his individual
capacity; JOHN S. BENFIELD, in his individual
capacity; JAMES MOESER, in his individual
capacity; LESTER LEFTON, in his individual
capacity; USCS FACULTY SENATE; BOARD OF
TRUSTEES OF THE UNIVERSITY OF SOUTH CAROLINA,
in its official capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Patrick Michael Duffy, District
Judge.  (CA-95-2853-3-23)

———————

Submitted:  February 10, 1998      Decided:  February 26, 1998

———————

Before NIEMEYER, HAMILTON, and LUTTIG, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Timothy E. Finley, Appellant Pro Se. William Llewellyn Pope, POPE & RODGERS, Columbia, South Carolina; Walter Harcourt Parham, System Legal Department, UNIVERSITY OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Appellees in Appellant's complaint alleging violations of 42 U.S.C. § 1983 (1994), the Higher Education Act of 1965, and various state laws. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Finley v. Babin, No. CA-95-2853-3-23 (D.S.C. Aug. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED